MARTIN LEVITAN and LILLIAN LEVITAN, Respondents, v. HERMAN SPECTOR, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

MARY LUKACS, Respondent, v. MONTROSE CONTRACTING COMPANY, INC., Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, and NASEEMA SALEEBY, Respondents, v. NAZURA D. SALEEBY and Others, Individually and as Heirs at Law and Next of Kin of SHAHEENIE SALEEBY, Deceased, and DORIS SHAPIRO, Appellants, Consolidated with NAZERA SALEEBY, Appellant, v. NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, Respondent.— Orders in so far as appeal is taken therefrom, affirmed, without costs. The purpose of the respondents' counsel in respect to the motions and orders was quite evidently for delay and for other reasons not involving the merits of the action. His tactics as disclosed by this record are not to be commended. The practical solution, however, is for the parties to proceed to the new trial granted by this court on November 13, 1933, without further delay or without involvement in further unnecessary motions. No cross-appeal by the plaintiffs is presented on this record. Young, Kapper, Tompkins and Davis, JJ., concur; Lazansky, P. J., concurs in result.